UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND


UNITED STATES OF AMERICA

   v.                    CR 92-099-01

HAROLD F. CHORNEY


## MEMORANDUM AND ORDER

This matter is before the Court on Defendant's Objection to an Order issued by Magistrate Judge Sullivan on May 30, 2013. That Order (Docket #118) disposed of several motions filed by Defendant over the course of several months in late 2012 and early 2013. Defendant seeks *de novo* review of the Magistrate Judge's order. Primarily, however, Defendant seeks an order from this Court directing the Government to return the $4500 Defendant has paid toward his outstanding balance of restitution, which is in excess of $500,000.

Having considered Defendant's arguments and finding absolutely no merit in any of them, this Court denies Defendant's request and dismisses his Objection to the Magistrate Judge's Order.


SO ORDERED:

/s/ Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
June 13, 2013